JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANCISCO JAVIER OBREGON
CAJINA

        Petitioner,

   v.

WARDEN DESERT VIEW
FACILITY, et al.,

        Respondents.

Case No. 5:26-cv-02860-KES

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

DATED: June 4, 2026

_Karen E. Scott_

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE